## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| BILLY ALEXANDER MOORE, ) | |
|     Plaintiff, ) | Civil Action No. 7:19cv00683 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| SOUTHWEST VIRGINIA REGIONAL ) | By: Michael F. Urbanski |
| JAIL AUTHORITY, et al., ) | Chief United States District Judge |
|     Defendants. ) | |

Plaintiff Billy Alexander Moore, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. By conditional filing orders entered October 15, 2019 and November 25, 2019, the court advised Moore that he must notify the court immediately in writing upon any transfer or release and must provide the court with a new address. See ECF Nos. 3 and 11. The court warned Moore that failure to provide an updated address would result in dismissal of his case. Id. On March 9, 2020, a letter (ECF No. 15) was returned to the court as undeliverable and with no forwarding address. See ECF No. 16. Moore still has not provided the court with an updated address as required by the court's orders. Accordingly, the court will dismiss Moore's complaint without prejudice. Moore is advised that the claims raised in this action may be refiled in a separate action, subject to the applicable statute of limitations.

    **ENTER**: This  29th  day of July, 2020.

 

_____
Michael F. Urbanski
Chief United States District Judge